# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DIAMOND SQUARE PROPERTIES, INC. | § | Case No. 10-44887 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/06/2010 .   The undersigned trustee was appointed on  10/06/2010 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4.  The trustee realized gross receipts of | $ | 3,147.68 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 11.60 |
| Bank service fees | 540.70 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

| | | |
|---|---|---:|
| Leaving a balance on hand of[1] | $ | 2,595.38 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was  03/30/2017  and the deadline for filing governmental claims was  03/30/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 786.92 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 786.92 , for a total compensation of $ 786.92 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 06/16/2017                    By:/s/R. SCOTT ALSTERDA
                                                   Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

**Exhibit A**

| | |
|---|---|
| Case No: | 10-44887   ABG   Judge: A. BENJAMIN GOLDGAR |
| Case Name: | DIAMOND SQUARE PROPERTIES, INC. |
| For Period Ending: | 06/16/17 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Date Filed (f) or Converted (c): | 10/06/10 (f) |
| 341(a) Meeting Date: | 12/13/10 |
| Claims Bar Date: | 03/30/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 2. 11545 S Perry, Chicago, IL (single family home); m | 13,355.00 | 0.00 | | 0.00 | FA |
| 3. 11352 S Throop, Chicago, IL 60643 (single family h | 36,624.00 | 0.00 | | 0.00 | FA |
| 4. Checking account - JP Morgan Chase Bank | 200.00 | 0.00 | | 0.00 | FA |
| 5. Checking account - Shorebank | 100.00 | 0.00 | | 0.00 | FA |
| 6. Quizno's Franchise # 13085 | 0.00 | 0.00 | | 0.00 | FA |
| 7. various items of restaurant equipment & furniture | 30,000.00 | 0.00 | | 0.00 | FA |
| 8. Rent - K. Thomas:  4206 W. 186th Place (u) | 0.00 | 2,097.00 | | 2,097.00 | FA |
| 9. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 10. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 11. Rent - 11545 S. Perry (u)<br>   Monica Epps check deposited into Debtor's bank account.  Debtor<br>   issued check No. 5148 to Trustee. | 0.00 | 1,050.00 | | 1,050.00 | FA |
| 12. Post-Petition Interest Deposits (u) | Unknown | 0.68 | | 0.68 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit A

| | |
|---|---|
| Case No: | 10-44887   ABG   Judge: A. BENJAMIN GOLDGAR |
| Case Name: | DIAMOND SQUARE PROPERTIES, INC. |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Date Filed (f) or Converted (c): | 10/06/10 (f) |
| 341(a) Meeting Date: | 12/13/10 |
| Claims Bar Date: | 03/30/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $80,279.00 | $3,147.68 | | $3,147.68 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee received some post-petition rent payments from Tenants of the Debtor totaling about $3,100.00. It does not appear that there will be additional funds in this estate. The Trustee is preparing a Final Report (TFR) and Final Fee Application in this case.

Initial Projected Date of Final Report (TFR): 07/30/13        Current Projected Date of Final Report (TFR): 05/31/17

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    1

Exhibit B

| Case No: | 10-44887  -ABG | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | DIAMOND SQUARE PROPERTIES, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9826  Checking Account |
| Taxpayer ID No: | *******1461 | | |
| For Period Ending: | 06/16/17 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 3,099.69 | | 3,099.69 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.91 | 3,097.78 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.97 | 3,095.81 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.91 | 3,093.90 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.97 | 3,091.93 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,081.93 |
| 03/07/13 | 030001 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond Payment | 2300-000 | | 2.47 | 3,079.46 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,069.46 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,059.46 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,049.46 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,039.46 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,029.46 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,019.46 |

Page Subtotals                    3,099.69         80.23

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Exhibit B

| Case No: | 10-44887  -ABG | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | DIAMOND SQUARE PROPERTIES, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9826  Checking Account |
| Taxpayer ID No: | *******1461 | | |
| For Period Ending: | 06/16/17 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,009.46 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,999.46 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,989.46 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,979.46 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,969.46 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,959.46 |
| 02/10/14 | 030002 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond #016026455 | 2300-000 | | 2.40 | 2,957.06 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,947.06 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,937.06 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,927.06 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,917.06 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,907.06 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,897.06 |

| | | Page Subtotals | | | 0.00 | 122.40 | |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-44887  -ABG | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | DIAMOND SQUARE PROPERTIES, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9826  Checking Account |
| Taxpayer ID No: | *******1461 | | |
| For Period Ending: | 06/16/17 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,887.06 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,877.06 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,867.06 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,857.06 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,847.06 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,837.06 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,827.06 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,817.06 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,807.06 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,797.06 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,787.06 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,777.06 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,767.06 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,757.06 |
| | | | | Page Subtotals | 0.00 | 140.00 | |

Ver: 20.00a

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-44887  -ABG | |
| Case Name: | DIAMOND SQUARE PROPERTIES, INC. | |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9826  Checking Account |

Taxpayer ID No: *******1461
For Period Ending: 06/16/17

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,747.06 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,737.06 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,727.06 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,717.06 |
| 02/12/16 | 030003 | Arthur B. Levine Company<br>Attention Maria Sponza<br>370 Lexington Avenue, Suite 1101<br>New York, New York 10017 | Bond Payment | 2300-000 | | 1.68 | 2,715.38 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,705.38 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,695.38 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,685.38 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,675.38 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,665.38 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,655.38 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,645.38 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,635.38 |

Page Subtotals       0.00       121.68

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Ver: 20.00a

Page: 5
Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          10-44887  -ABG
Case Name:     DIAMOND SQUARE PROPERTIES, INC.

Taxpayer ID No:  *******1461
For Period Ending:  06/16/17

Trustee Name:        R. SCOTT ALSTERDA
Bank Name:           ASSOCIATED BANK
Account Number / CD #:  *******9826  Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,625.38 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,615.38 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,605.38 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,595.38 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,099.69 | 504.31 | 2,595.38 |
| Less:  Bank Transfers/CD's | 3,099.69 | 0.00 |
| Subtotal | 0.00 | 504.31 |
| Less:  Payments to Debtors | | 0.00 |
| Net | 0.00 | 504.31 |

Page Subtotals        0.00        40.00

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*        Ver: 20.00a
LFORM24

FOR M 2

Page: 6

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-44887  -ABG | |
| Case Name: | DIAMOND SQUARE PROPERTIES, INC. | |

Trustee Name:   R. SCOTT ALSTERDA
Bank Name:   BANK OF AMERICA, N.A.
Account Number / CD #:   *******9148  BofA - Money Market Account

Taxpayer ID No: *******1461
For Period Ending: 06/16/17

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/23/10 | 8 | Housing Authority of<br>The County of Cook<br>175 West Jackson Blvd., Suite 350<br>Chicago, IL 60604-2615 | Rent-K Thomas: 4206 W. 186th Place | 1222-000 | 1,016.00 | | 1,016.00 |
| 11/23/10 | 8 | 183rd & Pulaski Currency Exchange, Inc.<br>4035 W. 183rd Street<br>Country Club Hills, IL 60478<br><br>Remitter:  Keosha Thomas | Rent-K Thomas: 4206 W. 186th Place | 1222-000 | 65.00 | | 1,081.00 |
| 11/23/10 | 8 | Housing Authority of<br>The County of Cook<br>175 West Jackson Blvd., Suite 350<br>Chicago, IL 60604-2615 | Rent-K Thomas: 4206 W. 186th Place | 1222-000 | 1,016.00 | | 2,097.00 |
| 12/02/10 | 11 | Diamond Square Properties, Inc.<br>(For Monica Epps Rent Check)<br>831 West Maple Avenue, Suite 123<br>Homewood, IL 60430 | Rent - M. Epps -11545 S. Perry | 1222-000 | 1,050.00 | | 3,147.00 |
| 12/31/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,147.08 |
| 01/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,147.16 |
| 02/07/11 | 000301 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420 | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 2.54 | 3,144.62 |

Page Subtotals          3,147.16          2.54

LFORM24

Ver: 20.00a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 10-44887  -ABG |
| Case Name: | DIAMOND SQUARE PROPERTIES, INC. |
| | |
| Taxpayer ID No: | *******1461 |
| For Period Ending: | 06/16/17 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9148  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,144.64 |
| 03/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,144.67 |
| 04/29/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,144.69 |
| 05/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,144.72 |
| 06/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,144.75 |
| 07/29/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,144.77 |
| 08/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,144.80 |
| 09/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,144.83 |
| 10/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,144.86 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.01 | 3,140.85 |
| 11/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,140.88 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.87 | 3,137.01 |
| 12/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,137.04 |
| | | | | | | | |

Page Subtotals              0.30              7.88

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

Ver: 20.00a

Page: 8

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-44887 -ABG  
Case Name: DIAMOND SQUARE PROPERTIES, INC.

Taxpayer ID No: *******1461  
For Period Ending: 06/16/17

Trustee Name: R. SCOTT ALSTERDA  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: *******9148  BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.87 | 3,133.17 |
| 01/31/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,133.20 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.11 | 3,129.09 |
| 02/29/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,129.11 |
| 02/29/12 | 000302 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 2.51 | 3,126.60 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.72 | 3,122.88 |
| 03/30/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,122.91 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.84 | 3,119.07 |
| 04/30/12 | 12 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,119.10 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.96 | 3,115.14 |
| 05/31/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,115.17 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.96 | 3,111.21 |
| 06/29/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,111.23 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.70 | 3,107.53 |

Page Subtotals     0.16     29.67

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 12)*     Ver: 20.00a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 9

Exhibit B

| | |
|---|---|
| Case No: | 10-44887  -ABG |
| Case Name: | DIAMOND SQUARE PROPERTIES, INC. |
| | |
| Taxpayer ID No: | *******1461 |
| For Period Ending: | 06/16/17 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9148  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,107.56 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.08 | 3,103.48 |
| 08/31/12 | 12 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,103.51 |
| 08/31/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 3.82 | 3,099.69 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 3,099.69 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 3,147.68 | 3,147.68 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 3,099.69 | |
| Subtotal | 3,147.68 | 47.99 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3,147.68 | 47.99 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******9826 | 0.00 | 504.31 | 2,595.38 |
| BofA - Money Market Account - *******9148 | 3,147.68 | 47.99 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 3,147.68 | 552.30 | 2,595.38 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.06                3,107.59

Ver: 20.00a

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   10

Exhibit B

| Case No: | 10-44887  -ABG | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | DIAMOND SQUARE PROPERTIES, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9148  BofA - Money Market Account |
| Taxpayer ID No: | *******1461 | | |
| For Period Ending: | 06/16/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - *******9826

BofA - Money Market Account - ********9148

/s/   R. SCOTT ALSTERDA

Trustee's Signature: _____  Date: 06/16/17

R. SCOTT ALSTERDA

Page Subtotals        0.00        0.00

LFORM24   **UST Form 101-7-TFR (5/1/2011)** *(Page: 14)*

Ver: 20.00a

| | EXHIBIT C | |
|---|---|---|
| Page 1 | ANALYSIS OF CLAIMS REGISTER | Date: June 16, 2017 |

Case Number:   10-44887

Debtor Name:   DIAMOND SQUARE PROPERTIES, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000 2100-00 | R. Scott Alsterda as Trustee 70 West Madison Street, Suite 3500 Chicago, IL 60602 | Administrative | | $786.92 | $0.00 | $786.92 |
| BOND 999 2300-00 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Administrative | | $9.92 | $9.92 | $0.00 |
| BOND 999 2300-00 | Arthur B. Levine Company Attention Maria Sponza 370 Lexington Avenue, Suite 1101 New York, New York 10017 | Administrative | | $1.68 | $1.68 | $0.00 |
| 000003 040 5800-00 | Internal Revenue Service PO Box 7317 Philadelphia, PA 19101-7317 | Priority | | $1,000.00 | $0.00 | $1,000.00 |
| 000001 070 7100-00 | Commonwealth Edison Company 3 Lincoln Center Attn: Bankruptcy Section Oakbrook Terrace, IL 60181 | Unsecured | | $4,741.71 | $0.00 | $4,741.71 |
| 000002 070 7100-00 | City of Chicago Department of Finance-Utility Billing PO Box 6330 Chicago, IL 60680 | Unsecured | | $599.00 | $0.00 | $599.00 |
| 000004 070 7100-00 | Nicor Gas PO Box 549 Aurora, IL 60507 | Unsecured | | $1,187.94 | $0.00 | $1,187.94 |
| | Case Totals: | | | $8,327.17 | $11.60 | $8,315.57 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-44887
Case Name: DIAMOND SQUARE PROPERTIES, INC.
Trustee Name: R. SCOTT ALSTERDA

Balance on hand                                        $              2,595.38

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $        786.92 | $        0.00 | $        786.92 |
| Other: Arthur B. Levine Company | $        1.68 | $        1.68 | $        0.00 |
| Other: International Sureties, Ltd. | $        9.92 | $        9.92 | $        0.00 |

Total to be paid for chapter 7 administrative expenses        $              786.92

Remaining Balance                                        $              1,808.46

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,000.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Internal Revenue Service | $        1,000.00 | $        0.00 | $        1,000.00 |

| | |
|---|---|
| Total to be paid to priority creditors | $ _____ 1,000.00 |
| Remaining Balance | $ _____ 808.46 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,528.65  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  12.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison Company | $ 4,741.71 | $ 0.00 | $ 587.18 |
| 000002 | City of Chicago | $ 599.00 | $ 0.00 | $ 74.18 |
| 000004 | Nicor Gas | $ 1,187.94 | $ 0.00 | $ 147.10 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ _____ 808.46 |
| Remaining Balance | $ _____ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE