# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                §
                                      §
                                      §
DIAMOND SQUARE PROPERTIES, INC.   §   Case No. 10-44887
                                      §
         Debtor                       §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   United States Bankruptcy Court
   219 South Dearborn Street
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held on Wednesday, July 26, 2017 at 10:00 a.m. in Courtroom 642, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604

   If no objections are filed, upon entry of any order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/03/2017                    By: Clerk of the U.S. Bankruptcy Court


*R. SCOTT ALSTERDA*
*70 WEST MADISON STREET*
*SUITE 3500*
*CHICAGO, IL 60602-4283*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
DIAMOND SQUARE PROPERTIES, INC.   §       Case No. 10-44887
                                      §
       Debtor                         §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 3,147.68 |
| and approved disbursements of | $ 552.30 |
| leaving a balance on hand of[1] | $ 2,595.38 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: R. SCOTT ALSTERDA | $ 786.92 | $ 0.00 | $ 786.92 |
| Other: Arthur B. Levine Company | $ 1.68 | $ 1.68 | $ 0.00 |
| Other: International Sureties, Ltd. | $ 9.92 | $ 9.92 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 786.92 |
| Remaining Balance | $ 1,808.46 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,000.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Internal Revenue Service | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| | Total to be paid to priority creditors | | $ | 1,000.00 |
| | Remaining Balance | | $ | 808.46 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,528.65  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  12.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison Company | $ 4,741.71 | $ 0.00 | $ 587.18 |
| 000002 | City of Chicago | $ 599.00 | $ 0.00 | $ 74.18 |
| 000004 | Nicor Gas | $ 1,187.94 | $ 0.00 | $ 147.10 |
| | Total to be paid to timely general unsecured creditors | | $ | 808.46 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE

R. SCOTT ALSTERDA
70 WEST MADISON STREET
SUITE 3500
CHICAGO, IL 60602-4283

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Diamond Square Properties, Inc.  
      Debtor

Case No. 10-44887-ABG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: ahamilton    Page 1 of 1    Date Rcvd: Jul 05, 2017  
                          Form ID: pdf006    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2017.  
db        +Diamond Square Properties, Inc., 19133 Pierce Avenue, Homewood, IL 60430-4424  
25239575      City of Chicago Department of Finance, Bureau of Utility Billing and, Customer Service, Post Office Box 6330, Chicago, IL 60680-6330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
16629755      +E-mail/Text: comedbankruptcygroup@exeloncorp.com Jul 06 2017 01:35:15 Commonwealth Edison Company, 3 Lincoln Center, Attn: Bankruptcy Section, Oakbrook Terrace, IL 60181-4204  
16243326      E-mail/Text: cio.bncmail@irs.gov Jul 06 2017 01:32:58 Internal Revenue Service, Centralized Insolvency Operations, PO Box 21126, Philadelphia, PA 19114  
25440323      +E-mail/Text: bankrup@aglresources.com Jul 06 2017 01:32:34 nicor gas, po box 549, Aurora il 60507-0549  
                                                                                                         TOTAL: 3

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2017 at the address(es) listed below:  
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov  
          Peter L Berk    on behalf of Debtor 1    Diamond Square Properties, Inc. plberk@berklegal.com, hmilman@berklegal.com;r42820@notify.bestcase.com  
          Trustee R Scott Alsterda    rsalsterda@nixonpeabody.com, ralsterda@ecf.epiqsystems.com  
                                                                                                                  TOTAL: 3