# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DIAMOND SQUARE PROPERTIES, INC. | § | Case No. 10-44887 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 80,279.00 <br> *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants:  1,808.46 | Claims Discharged <br> Without Payment:  155,767.83 |
| Total Expenses of Administration:  1,339.22 | |

3) Total gross receipts of $ 3,147.68  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 3,147.68  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,339.22 | 1,339.22 | 1,339.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 5,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 151,931.64 | 6,528.65 | 6,528.65 | 808.46 |
| **TOTAL DISBURSEMENTS** | $ 156,931.64 | $ 8,867.87 | $ 8,867.87 | $ 3,147.68 |

4)  This case was originally filed under chapter 7 on  10/06/2010 .  The case was pending for 85 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/26/2017                     By:/s/R. SCOTT ALSTERDA
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rent - K. Thomas:  4206 W. 186th Place | 1222-000 | 2,097.00 |
| Rent - 11545 S. Perry | 1222-000 | 1,050.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.68 |
| TOTAL GROSS RECEIPTS | | $3,147.68 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA AS TRUSTEE | 2100-000 | NA | 786.92 | 786.92 | 786.92 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 1.68 | 1.68 | 1.68 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 9.92 | 9.92 | 9.92 |
| ASSOCIATED BANK | 2600-000 | NA | 497.76 | 497.76 | 497.76 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 42.94 | 42.94 | 42.94 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,339.22 | $ 1,339.22 | $ 1,339.22 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | INTERNAL REVENUE SERVICE | 5800-000 | 5,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 5,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A. Barr Sales 8130 W 47th Street Lyons, IL 60534 | | 88.00 | NA | NA | 0.00 |
| | ADT Security Services PO Box 650485 Dallas, TX 75265 | | 252.84 | NA | NA | 0.00 |
| | AIS Properties, LLC 650 Dundee Road Suite 475 Northbrook, IL 60062 | | 80,000.00 | NA | NA | 0.00 |
| | AT&T PO Box 8100 Aurora, IL 60507 | | 214.00 | NA | NA | 0.00 |
| | Airtec, Inc. 1630 Commerce Parkway Bloomington, IL 61704 | | 5,000.00 | NA | NA | 0.00 |
| | Alberta Jones 11352 S Throop St. Chicago, IL 60643 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Waste Services 2112 W Washington St Bloomington, IL 61705 | | 304.32 | NA | NA | 0.00 |
| | Ameren IP PO Box 66884 Saint Louis, MO 63166 | | 41.00 | NA | NA | 0.00 |
| | Chase Paymentech Solutions PO Box 6600 Hagerstown, MD 21741 | | 0.00 | NA | NA | 0.00 |
| | Cintas Corp. PO Box #5 Bedford Park, IL 60499 | | 15.00 | NA | NA | 0.00 |
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 1,264.00 | NA | NA | 0.00 |
| | Fox Valley Fire & Safety 2730 Pinnacle Drive Elgin, IL 60124 | | 1,384.00 | NA | NA | 0.00 |
| | Harsh Enterprise 1418 Blume Drive Elgin, IL 60124 | | 8,000.00 | NA | NA | 0.00 |
| | Havi Logistics North America LLC 8175 Solutions Center Chicago, IL 60677 | | 2,334.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Henry Wurst Inc. 5000 Osage Street Suite 100 Denver, CO 80221 | | 0.00 | NA | NA | 0.00 |
| | Horne CPA & Business Advisors 11259 Hwy 63 South Lucedale, MS 39452 | | 230.00 | NA | NA | 0.00 |
| | Keosha Thomas 4206 W 186th Place Country Club Hills, IL 60478 | | 0.00 | NA | NA | 0.00 |
| | Monica Epps 11545 S Perry Street Chicago, IL 60628 | | 0.00 | NA | NA | 0.00 |
| | Muzak 3318 Lakemont Blvd. Fort Mill, SC 29708 | | 688.00 | NA | NA | 0.00 |
| | NFS Premium Finance Co. PO Box 65501 Saint Louis, MO 63166 | | 1,630.00 | NA | NA | 0.00 |
| | One Beacon Insurance 1051 Texas Street Salem, VA 24153 | | 1,148.00 | NA | NA | 0.00 |
| | One Beacon Insurance 1051 Texas Street Salem, VA 24153 | | 1,957.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pepsiamericas 75 Remittance Drive Suite 1884 Chicago, IL 60675 | | 897.00 | NA | NA | 0.00 |
| | Public Storage 17208 S Halsted Street Hazel Crest, IL 60429 | | 70.00 | NA | NA | 0.00 |
| | Sprint PO Box 4191 Carol Stream, IL 60197 | | 126.48 | NA | NA | 0.00 |
| | TQSC II LLC d/b/a Quizno's Corp. 1475 Lawrence Suite 400 Denver, CO 80202 | | 43,000.00 | NA | NA | 0.00 |
| | Terminix 655 W Grand Ave. Suite 150 Elmhurst, IL 60126 | | 32.00 | NA | NA | 0.00 |
| | Tonia Granderson 1005 Sheryl Lane Apt. B-2 Normal, IL 61761 | | 0.00 | NA | NA | 0.00 |
| | Town of Normal - Utility Billing PO Box 589 Normal, IL 61761 | | 816.00 | NA | NA | 0.00 |
| | Town of Normal PO Box 589 Normal, IL 61761 | | 117.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Village of Homewood 17950 Dixie Highway Homewood, IL 60430 | | 235.00 | NA | NA | 0.00 |
| | Village of Homewood 2020 Chestnut Road Homewood, IL 60430 | | 204.00 | NA | NA | 0.00 |
| 000002 | CITY OF CHICAGO DEPARTMENT OF FINAN | 7100-000 | 568.00 | 599.00 | 599.00 | 74.18 |
| 000001 | COMMONWEALTH EDISON COMPANY | 7100-000 | 30.00 | 4,741.71 | 4,741.71 | 587.18 |
| 000004 | NICOR GAS | 7100-000 | 1,286.00 | 1,187.94 | 1,187.94 | 147.10 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 151,931.64 | $ 6,528.65 | $ 6,528.65 | $ 808.46 |

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:   1

**Exhibit 8**

| Case No: | 10-44887    ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | DIAMOND SQUARE PROPERTIES, INC. | Date Filed (f) or Converted (c): | 10/06/10 (f) |
| | | 341(a) Meeting Date: | 12/13/10 |
| For Period Ending: 09/26/17 | | Claims Bar Date: | 03/30/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 2. 11545 S Perry, Chicago, IL (single family home); m | 13,355.00 | 0.00 | | 0.00 | FA |
| 3. 11352 S Throop, Chicago, IL 60643 (single family h | 36,624.00 | 0.00 | | 0.00 | FA |
| 4. Checking account - JP Morgan Chase Bank | 200.00 | 0.00 | | 0.00 | FA |
| 5. Checking account - Shorebank | 100.00 | 0.00 | | 0.00 | FA |
| 6. Quizno's Franchise # 13085 | 0.00 | 0.00 | | 0.00 | FA |
| 7. various items of restaurant equipment & furniture | 30,000.00 | 0.00 | | 0.00 | FA |
| 8. Rent - K. Thomas:  4206 W. 186th Place (u) | 0.00 | 2,097.00 | | 2,097.00 | FA |
| 9. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 10. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 11. Rent - 11545 S. Perry (u)    Monica Epps check deposited into Debtor's bank account.  Debtor issued check No. 5148 to Trustee. | 0.00 | 1,050.00 | | 1,050.00 | FA |
| 12. Post-Petition Interest Deposits (u) | Unknown | 0.68 | | 0.68 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   2

Exhibit 8

Case No:       10-44887     ABG   Judge: A. BENJAMIN GOLDGAR
Case Name:    DIAMOND SQUARE PROPERTIES, INC.

Trustee Name:                              R. SCOTT ALSTERDA
Date Filed (f) or Converted (c):   10/06/10 (f)
341(a) Meeting Date:               12/13/10
Claims Bar Date:                    03/30/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $80,279.00 | $3,147.68 | | $3,147.68 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee received some post-petition rent payments from Tenants of the Debtor totaling about $3,100.00.  It does not
appear that there will be additional funds in this estate.  The Trustee is preparing a Final Report (TFR) and Final Fee
Application in this case.

Initial Projected Date of Final Report (TFR): 07/30/13          Current Projected Date of Final Report (TFR): 05/31/17

Ver: 20.00d

Page:    1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-44887  -ABG | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | DIAMOND SQUARE PROPERTIES, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9826  Checking Account |
| Taxpayer ID No: | *******1461 | | | |
| For Period Ending: | 09/26/17 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 3,099.69 | | 3,099.69 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.91 | 3,097.78 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.97 | 3,095.81 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.91 | 3,093.90 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.97 | 3,091.93 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,081.93 |
| 03/07/13 | 030001 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond Payment | 2300-000 | | 2.47 | 3,079.46 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,069.46 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,059.46 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,049.46 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,039.46 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,029.46 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,019.46 |

Page Subtotals                3,099.69            80.23

Ver: 20.00d

FORM 2                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                        Exhibit 9

Case No:        10-44887  -ABG                  Trustee Name:      R. SCOTT ALSTERDA
Case Name:      DIAMOND SQUARE PROPERTIES, INC.  Bank Name:        ASSOCIATED BANK
                                                 Account Number / CD #:   *******9826  Checking Account

Taxpayer ID No: *******1461
For Period Ending: 09/26/17                      Blanket Bond (per case limit):  $ 5,000,000.00
                                                 Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,009.46 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,999.46 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,989.46 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,979.46 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,969.46 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,959.46 |
| 02/10/14 | 030002 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond #016026455 | 2300-000 | | 2.40 | 2,957.06 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,947.06 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,937.06 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,927.06 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,917.06 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,907.06 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,897.06 |

                                        Page Subtotals        0.00        122.40

                                                                        Ver: 20.00d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

Case No:          10-44887  -ABG
Case Name:     DIAMOND SQUARE PROPERTIES, INC.

Taxpayer ID No:  *******1461
For Period Ending:  09/26/17

Trustee Name:          R. SCOTT ALSTERDA
Bank Name:               ASSOCIATED BANK
Account Number / CD #:   *******9826  Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,887.06 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,877.06 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,867.06 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,857.06 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,847.06 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,837.06 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,827.06 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,817.06 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,807.06 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,797.06 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,787.06 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,777.06 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,767.06 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,757.06 |
| | | | | | | | |

Page Subtotals        0.00        140.00

Ver: 20.00d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-44887  -ABG | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | DIAMOND SQUARE PROPERTIES, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9826  Checking Account |
| Taxpayer ID No: | *******1461 | | |
| For Period Ending: | 09/26/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,747.06 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,737.06 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,727.06 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,717.06 |
| 02/12/16 | 030003 | Arthur B. Levine Company Attention Maria Sponza 370 Lexington Avenue, Suite 1101 New York, New York 10017 | Bond Payment | 2300-000 | | 1.68 | 2,715.38 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,705.38 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,695.38 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,685.38 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,675.38 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,665.38 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,655.38 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,645.38 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,635.38 |

Page Subtotals          0.00          121.68

Ver: 20.00d

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-44887 -ABG | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | DIAMOND SQUARE PROPERTIES, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9826  Checking Account |
| Taxpayer ID No: | *******1461 | | |
| For Period Ending: | 09/26/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,625.38 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,615.38 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,605.38 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,595.38 |
| 07/28/17 | 030004 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Trustee Compensation | 2100-000 | | 786.92 | 1,808.46 |
| 07/28/17 | 030005 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Claim 000003, Payment 100.00000% | 5800-000 | | 1,000.00 | 808.46 |
| 07/28/17 | 030006 | Commonwealth Edison Company<br>Attn: Bankruptcy Section<br>3 Lincoln Center<br>Oakbrook Terrace, IL 60181 | Claim 000001, Payment 12.38330% | 7100-000 | | 587.18 | 221.28 |
| 07/28/17 | 030007 | City of Chicago<br>Department of Finance-Utility Billing<br>PO Box 6330<br>Chicago, IL 60680 | Claim 000002, Payment 12.38397% | 7100-000 | | 74.18 | 147.10 |
| 07/28/17 | 030008 | Nicor Gas<br>PO Box 549<br>Aurora, IL 60507 | Claim 000004, Payment 12.38278% | 7100-000 | | 147.10 | 0.00 |

| | | Page Subtotals | 0.00 | 2,635.38 |
|---|---|---|---|---|

Ver: 20.00d

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-44887  -ABG |
| Case Name: | DIAMOND SQUARE PROPERTIES, INC. |
| Taxpayer ID No: | *******1461 |
| For Period Ending: | 09/26/17 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9826  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 3,099.69 | 3,099.69 | 0.00 |
| Less:  Bank Transfers/CD's | | 3,099.69 | 0.00 | |
| Subtotal | | 0.00 | 3,099.69 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 3,099.69 | |

Page Subtotals          0.00          0.00

Ver: 20.00d

FORM 2                                                                                          Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 10-44887 -ABG | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | DIAMOND SQUARE PROPERTIES, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9148 BofA - Money Market Account |
| Taxpayer ID No: | *******1461 | | |
| For Period Ending: | 09/26/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/23/10 | 8 | Housing Authority of The County of Cook 175 West Jackson Blvd., Suite 350 Chicago, IL 60604-2615 | Rent-K Thomas: 4206 W. 186th Place | 1222-000 | 1,016.00 | | 1,016.00 |
| 11/23/10 | 8 | 183rd & Pulaski Currency Exchange, Inc. 4035 W. 183rd Street Country Club Hills, IL 60478 Remitter: Keosha Thomas | Rent-K Thomas: 4206 W. 186th Place | 1222-000 | 65.00 | | 1,081.00 |
| 11/23/10 | 8 | Housing Authority of The County of Cook 175 West Jackson Blvd., Suite 350 Chicago, IL 60604-2615 | Rent-K Thomas: 4206 W. 186th Place | 1222-000 | 1,016.00 | | 2,097.00 |
| 12/02/10 | 11 | Diamond Square Properties, Inc. (For Monica Epps Rent Check) 831 West Maple Avenue, Suite 123 Homewood, IL 60430 | Rent - M. Epps -11545 S. Perry | 1222-000 | 1,050.00 | | 3,147.00 |
| 12/31/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,147.08 |
| 01/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,147.16 |
| 02/07/11 | 000301 | International Sureties, Ltd. 701 Poydras Street, Suite 420 | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 2.54 | 3,144.62 |

Page Subtotals        3,147.16        2.54

Ver: 20.00d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Exhibit 9**

| | | |
|---|---|---|
| Case No: | 10-44887  -ABG | |
| Case Name: | DIAMOND SQUARE PROPERTIES, INC. | |
| | | |
| Taxpayer ID No: | *******1461 | |
| For Period Ending: | 09/26/17 | |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9148  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,144.64 |
| 03/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,144.67 |
| 04/29/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,144.69 |
| 05/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,144.72 |
| 06/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,144.75 |
| 07/29/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,144.77 |
| 08/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,144.80 |
| 09/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,144.83 |
| 10/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,144.86 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.01 | 3,140.85 |
| 11/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,140.88 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.87 | 3,137.01 |
| 12/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,137.04 |
| | | | | | | | |

|  | | |
|---|---|---|
| Page Subtotals | 0.30 | 7.88 |

Ver: 20.00d

FORM 2

Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-44887  -ABG | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | DIAMOND SQUARE PROPERTIES, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9148  BofA - Money Market Account |
| Taxpayer ID No: | *******1461 | | | |
| For Period Ending: | 09/26/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.87 | 3,133.17 |
| 01/31/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,133.20 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.11 | 3,129.09 |
| 02/29/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,129.11 |
| 02/29/12 | 000302 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 2.51 | 3,126.60 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.72 | 3,122.88 |
| 03/30/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,122.91 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.84 | 3,119.07 |
| 04/30/12 | 12 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,119.10 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.96 | 3,115.14 |
| 05/31/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,115.17 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.96 | 3,111.21 |
| 06/29/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,111.23 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.70 | 3,107.53 |

Page Subtotals            0.16            29.67

Ver: 20.00d

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 10

**Exhibit 9**

| Case No: | 10-44887  -ABG | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | DIAMOND SQUARE PROPERTIES, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9148  BofA - Money Market Account |
| Taxpayer ID No: | *******1461 | | |
| For Period Ending: | 09/26/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,107.56 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.08 | 3,103.48 |
| 08/31/12 | 12 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,103.51 |
| 08/31/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 3.82 | 3,099.69 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 3,099.69 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 3,147.68 | 3,147.68 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 3,099.69 | |
| Subtotal | 3,147.68 | 47.99 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3,147.68 | 47.99 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******9826 | 0.00 | 3,099.69 | 0.00 |
| BofA - Money Market Account - *******9148 | 3,147.68 | 47.99 | 0.00 |
| | 3,147.68 | 3,147.68 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.06        3,107.59

Ver: 20.00d

FORM 2                                                                                                    Page:   11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-44887  -ABG | |
| Case Name: | DIAMOND SQUARE PROPERTIES, INC. | |

| | |
|---|---|
| Taxpayer ID No: | *******1461 |
| For Period Ending: | 09/26/17 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9148  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********9826

BofA - Money Market Account - ********9148

Trustee's Signature:  _____/s/_____  R. SCOTT ALSTERDA  _____  Date: 09/26/17

R. SCOTT ALSTERDA

Page Subtotals                0.00              0.00

Ver: 20.00d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 22)*